ALBERT T. HART & another *vs.* GEORGE CHATTERTON.

Bristol.    October 27, 1913.— October 29, 1913.

Present: RUGG, C. J., MORTON, BRALEY, SHELDON, & DE COURCY, JJ.

*Practice, Civil,* Restoration of case stricken from list. *Superior Court.*

An order of the Superior Court, that a case "be stricken from list of pending cases and to be restored only upon order of court," is not a judgment of dismissal, and the case may be restored to the list at any time if a judge of that court in the proper exercise of his discretion so orders.

BY THE COURT. The record shows that in 1901 in this case the entry was made, "Ordered to be stricken from list of pending cases and to be restored only upon order of court." It was restored to the list in 1912,* was tried, and is now ready for final judgment. The defendant in substance excepted to the jurisdiction of the court to restore the case to the active list.

The order was not a judgment of dismissal, as in *Karrick* v. *Wetmore,* 210 Mass. 578, but a striking from the pending list, subject in terms to the right of the court to order its restoration at any time. Such restoration was within the discretion of the court and there is nothing to show that the discretion was abused. The case is governed by *Burnham* v. *Haskell,* 213 Mass. 386.

*Exceptions overruled.*

The case was submitted on briefs.

*S. W. Ashton,* for the defendant.

*A. S. Phillips & B. Ferring,* for the plaintiffs.

---

* By an order of the Superior Court made by *Ratigan,* J.